**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joaquin R Ortega | Social Security number or ITIN  xxx–xx–5909 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Cori B Ortega | Social Security number or ITIN  xxx–xx–5663 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   12–20064–SLM

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joaquin R Ortega

Cori B Ortega
aka Cori Shwailik

10/10/17

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                District of New Jersey

In re:                                                      Case No. 12-20064-SLM
Joaquin R Ortega                                            Chapter 13
Cori B Ortega
        Debtors                   CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Oct 10, 2017
                              Form ID: 3180W           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db/jdb         Joaquin R Ortega,   Cori B Ortega,   35 Edison Ave,   Nutley, NJ   07110-1008
aty           +Joel A. Ackerman,   Zucker Goldberg & Ackerman,   200 Sheffield Street,   Suite 301,
                Mountainside, NJ 07092-2315
513112390     +AES/PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
513119584     +Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,
                20750 Ventura Boulevard, Suite 100,   Woodland Hills, California 91364-6207
513297825      Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,   P.O. Box 4365,
                Woodland Hills, CA 91365-4365
512981533     +Citizens Auto Finance,   443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
512966472     +Citizens Caf,   480 Jefferson Blvd,   Warwick, RI 02886-1359
516503981     +Fay Servicing, LLC,   Bankruptcy Department,   939 W. North Avenue Suite 680,
                Chicago, Illinois 60642-1231
516502054     +Fay Servicing, LLC,   Bankruptcy Department,   939 W. North Avenue Suite 680,
                Chicago, Illinois 60642,   Fay Servicing, LLC,   Bankruptcy Department 60642-1231
516502053     +Fay Servicing, LLC,   3000 Lellway Dr, Ste 150,   Carrollton, TX 75006-3357
512966473     +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
512966476     +NJ Division Of Taxation,   PO Box 245,   Trenton, NJ 08602-0245
513050320     +Sallie Mae Inc. on behalf of NJHESAA,   P.O. Box 548,   Trenton, NJ 08625-0548
512966479    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                Frederick, MD   21701)
515291595     +WILMINGTON SAVINGS FUND SOCIETY, FSB,   dba CHRISTIANA TRUST, Trustee,   c/o Rushmore,
                PO Box 52708,   Irvine, CA 92619-2708
515291596     +WILMINGTON SAVINGS FUND SOCIETY, FSB,   dba CHRISTIANA TRUST, Trustee,   c/o Rushmore,
                PO Box 52708,   Irvine, CA 92619,   WILMINGTON SAVINGS FUND SOCIETY, FSB 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2017 23:06:28     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2017 23:06:24     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
512966468     +E-mail/Text: bknotices@conduent.com Oct 10 2017 23:07:25     Acs/us Bank Natl/bhea,
                PO Box 7052,   Utica, NY 13504-7052
513290650     +EDI: ACCE.COM Oct 10 2017 22:38:00      Asset Acceptance LLC,   Po Box 2036,
                Warren MI 48090-2036
512966469     +EDI: BANKAMER.COM Oct 10 2017 22:38:00      Bank Of America, N.a.,   450 American St,
                Simi Valley, CA 93065-6285
512966470     +EDI: CAPITALONE.COM Oct 10 2017 22:38:00      Cap One,   Pob 30281,
                Salt Lake City, UT 84130-0281
512966471     +EDI: CHASE.COM Oct 10 2017 22:43:00      Chase,   201 N. Walnut St//de1-1027,
                Wilmington, DE 19801-2920
512966474     +EDI: HFC.COM Oct 10 2017 22:38:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
512966475      EDI: IRS.COM Oct 10 2017 22:38:00      Internal Revenue Service,
                Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA   19114-0326
513084955     +EDI: OPHSUBSID.COM Oct 10 2017 22:43:00       KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513147624      EDI: BL-BECKET.COM Oct 10 2017 22:43:00      Main Street Acquisition Corp assignee of CHASE,
                BANK USA N A,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
512966477     +EDI: NAVIENTFKASMSERV.COM Oct 10 2017 22:38:00      Sallie Mae,   Po Box 9500,
                Wilkes-barre, PA 18773-9500
513064562      E-mail/Text: bknotices@conduent.com Oct 10 2017 23:07:25     US Bank/BHEA,   c/o ACS,
                PO Box 22724,   Long Beach, CA 90801-5724
513133929     +EDI: WFFC.COM Oct 10 2017 22:43:00      WELLS FARGO BANK, N.A.,   MAC X2303-01A,   1 HOME CAMPUS,
                DES MOINES, IA 50328-0001
512966478     +EDI: WFFC.COM Oct 10 2017 22:43:00      Wells Fargo Bank Nv Na,   P O Box 31557,
                Billings, MT 59107-1557
513297918     +EDI: WFFC.COM Oct 10 2017 22:43:00      Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,
                MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
516503982*    +Fay Servicing, LLC,   Bankruptcy Department,   939 W. North Avenue Suite 680,
                Chicago, Illinois 60642,   Fay Servicing, LLC,   Bankruptcy Department 60642-1231
515291615*    +WILMINGTON SAVINGS FUND SOCIETY, FSB,   dba CHRISTIANA TRUST, Trustee,   c/o Rushmore,
                PO Box 52708,   Irvine, CA 92619,   WILMINGTON SAVINGS FUND SOCIETY, FSB 92619-2708
515291614*    +WILMINGTON SAVINGS FUND SOCIETY, FSB,   dba CHRISTIANA TRUST, Trustee,   c/o Rushmore,
                PO Box 52708,   Irvine, CA 92619-2708
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Oct 10, 2017
                              Form ID: 3180W           Total Noticed: 32
```

512966480     ##Zucker Goldberg & Ackerman, LLC,    PO Box 1024,    Mountainside, NJ    07092-0024

TOTALS: 1, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian C. Nicholas    on behalf of Creditor    DLJ Mortgage Capital, Inc. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    DLJ Mortgage Capital, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-6TT bk@rgalegal.com
              Harvey I. Marcus    on behalf of Debtor Joaquin R Ortega him@lawmarcus.com
              Harvey I. Marcus    on behalf of Joint Debtor Cori B Ortega him@lawmarcus.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, NA jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    WELLS FARGO BANK, N.A.
               bankruptcynotice@zuckergoldberg.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              R. A. Lebron    on behalf of Creditor    Nationstar Mortgage, LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 10